IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ALABAMA AIRCRAFT INDUSTRIES, INC., *et al.*, | Case No. 11-10452 (PJW) |
| Debtors. | Jointly Administered |

**STATEMENT OF ISSUES TO BE PRESENTED**
**AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the Boeing

Company files its statement of issues to be presented and designation of items to be included in

the record on appeal.

Statement of Issues to be Presented

I.      Assuming that Official Committee of Unsecured Creditors of Cybergenics Corporation v.

Chinery, 330 F.3d  548 (3d Cir. 2003) ("Cybergenics") was correctly decided, whether

Cybergenics and the applicable provisions of title 11 of the United States Code (the "Bankruptcy

Code") authorized the bankruptcy court to grant the novel and unprecedented relief in the order

(D.I. 486) (the "Order") with respect to the litigation trust and the trust causes of action,

including the establishment of a litigation trust outside of a chapter 11 plan?

II.     Assuming that Cybergenics authorized the bankruptcy court to grant the novel and

unprecedented relief in the Order with respect to the litigation trust and the trust causes of action,

whether the bankruptcy court correctly applied Cybergenics given the record and evidence

before it?

III.    Assuming that Cybergenics authorized the bankruptcy court to grant the novel and

unprecedented relief in the Order with respect to the litigation trust and the trust causes of action,

6169483.3

whether (a) the bankruptcy court erred when it made a declaratory judgment that the trust causes

of action vest in the litigation trust without regard to, or consideration of, restrictions under

applicable law regarding the assignability or transferability of the trust causes of action and

(b) such vesting violated applicable non-bankruptcy law, the applicable provisions of the

Bankruptcy Code and controlling precedent in this jurisdiction?

IV.      Whether the bankruptcy court erred in ruling that 11 U.S.C. § 363(m) applies to the

establishment of the litigation trust and the purported vesting of the trust causes of action in the

litigation trust potentially limiting appellate review by an Article III court?

V.      Whether the bankruptcy court erred by granting the relief with respect to the litigation

trust and the trust causes of action, including the establishment of a litigation trust outside of a

chapter 11 plan, when the sale motion (D.I. 456) did not state the grounds for the actual relief

requested in violation of, among other things, Rule 9013 of the Federal Rules of Bankruptcy

Procedure?

        Upon information and belief, this is the first time a bankruptcy court has ever

(a) authorized the formation of a litigation trust outside of a plan pursuant to 11 U.S.C. §

1123(b)(3)(B) and (b) authorized the transfer or assignment of causes of action to a third party in

the context of a sale without regards to, or consideration of, restrictions under applicable law

regarding the assignability or transferability of the trust causes of action.  Therefore, we believe

that all of the issues presented are matters of first impression.

Designation of Items to be Included in the Record on Appeal

| Description of Item[1] | D.I. No. |
|---|---|
| 1.  Order to Retain Ordinary Course Professionals | 93 |
| 2.  Transcript regarding Hearing Held 3/24/2011 RE: Omnibus Hearing | 144 |
| 3.  Reply to the Objections Filed by the Debtors, Special Value Bond Fund LLC, and Pension Benefit Guarantee Corporation to The Boeing Company's Motion for Adequate Protection Filed by The Boeing Company | 159 |
| 4.  Schedules/Statements filed: Sch A, Sch B, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Alabama Aircraft Industries, Inc. - Birmingham Filed by Alabama Aircraft Industries, Inc. | 169 |
| 5.  Sur-Reply of the Debtors in Further Support of Their Objection to the Boeing Company's Motion for Adequate Protection Filed by Alabama Aircraft Industries, Inc. | 184 |
| 6.  Debtors' Motion Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of the Sale Order (i) Approving the Sale of Assets, Including the Assumption and Assignment of Contracts, Free and Clear of All Liens, Claims, and Interests and (ii) Approving the Form and Manner of Notice of Assumption and Assignment of Contracts Filed by Alabama Aircraft Industries, Inc. | 279 |
| 7.  Debtors' First Quarterly Operating Report for Ordinary Course Professionals Filed by Alabama Aircraft Industries, Inc. | 295 |
| 8.  Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of an Order Approving the Sale of Substantially all of the Debtors Operating Assets, Including the Assumption and Assignment of Contracts and Leases, Free and Clear of all Liens, Claims, and Interests to Kaiser Aircraft Industries, Inc. and Authorizing the Debtors to Establish a Litigation Trust and Vest Certain Claim Therein Filed by Alabama Aircraft Industries, Inc. | 450 |

---

[1]  Every item includes all applicable exhibits and other filings with respect to such D.I.

| | |
|---|---|
| 9.  Debtors Motion for an Order Shortening the Time for Notice of the Hearing to Consider Debtors Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of an Order Approving the Sale of Substantially all of the Debtors Operating Assets, Including the Assumption and Assignment of Contracts and Leases, Free and Clear of all Liens, Claims, and Interests to Kaiser Aircraft Industries, Inc. and Authorizing the Debtors to Establish a Litigation Trust and Vest Certain Claim Therein | 451 |
| 10. Order Shortening the Time for Notice of the Hearing to Consider Debtors' Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of an Order Approving the Sale of Substantially all of the Debtors' Operating Assets, Including the Assumption and Assignment of Contracts and Leases, Free and Clear of all Liens, Claims, and Interests to Kaiser Aircraft Industries, Inc. and Authorizing the Debtors to Assign Certain Claims to a Litigation Trust | 452 |
| 11. Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of an Order Approving the Sale of Substantially all of the Debtors Operating Assets, Including the Assumption and Assignment of Contracts and Leases, Free and Clear of all Liens, Claims, and Interests to Kaiser Aircraft Industries, Inc. and Authorizing the Debtors to Establish a Litigation Trust and Vest Certain Claim Therein [Corrected Version] Filed by Alabama Aircraft Industries, Inc.. Hearing scheduled for 9/1/2011 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 8/29/2011 | 456 |
| 12. Response and Reservation or Rights with Respect to the Debtors Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of an Order Approving the Sale of Substantially All of the Debtors Operating Assets, Including the Assumption and Assignment of Contracts and Leases, Free and Clear of All Liens, Claims, and Interests to Kaiser Aircraft Industries, Inc. and Authorizing the Debtors to Establish a Litigation Trust and Vest Certain Claim Therein | 460 |
| 13. Objection Of the Boeing Company to Debtors 363 Motion (related document(s) 456 ) Filed by The Boeing Company | 464 |
| 14. Certificate of Service for Objection Of the Boeing Company to Debtors 363 Motion (related document(s) 456 ) Filed by The Boeing Company | 465 |
| 15. Supplemental Certificate of Service for Objection Of the Boeing Company to Debtors 363 Motion (related document(s) 456 ) Filed by The Boeing Company | 466 |

46169483.3                                            4

| | |
|---|---|
| 16. Response / Debtors' Motion for Leave to File Debtors' Response to the Objection of The Boeing Company to the Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of an Order Approving the Sale of Substantially all of the Debtors Operating Assets, Including the Assumption and Assignment of Contracts and Leases, Free and Clear of all Liens, Claims, and Interests to Kaiser Aircraft Industries, Inc. and Authorizing the Debtors to Establish a Litigation Trust and Vest Certain Claim Therein [Corrected Version] (related document(s) 456 , 464 ) Filed by Alabama Aircraft Industries, Inc. | 472 |
| 17. Motion for Leave to File Reply Of Kaiser Aircraft Industries, Inc. To The Objection Of The Boeing Company To The Debtors Motion Pursuant To Sections 105(A), 363, And 365 Of The Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, And 9014, And Local Rules 2002-1 And 6004-1, Seeking Entry Of An Order Approving The Sale Of Substantially All Of The Debtors Operating Assets, Including The Assumption And Assignment Of Contracts And Leases, Free And Clear Of All Liens, Claims And Interests To Kaiser Aircraft Industries, Inc. And Authorizing The Debtors To Establish A Litigation Trust And Vest Certain Claims Therein | 473 |
| 18. Objection to (1) the Debtors' Motion for Leave to File a Response to The Boeing Company's Objection to Sale Motion [Corrected Version] and (2) Kaiser Aircraft Industries, Inc.'s Motion for Leave to File a Reply to The Boeing Company's Objection to Sale Motion | 475 |
| 19. Response Of Official Committee Of Unsecured Creditors To Debtors' Motion Seeking Entry Of An Order Approving The Sale Of Substantially All Of The Debtors' Operating Assets, Including The Assumption And Assignment Of Contracts And Leases, Free And Clear Of All Liens Claims And Interests To Kaiser Aircraft Industries, Inc. And Authorizing The Debtors To Establish A Litigation Trust And Vest Certain Claims Therein (Related Docket No. 456), Filed by Official Committee of Unsecured Creditors | 478 |

| | |
|---|---|
| 20. Order Granting Debtors' Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of an Order Approving the Sale of Substantially all of the Debtors Operating Assets, Including the Assumption and Assignment of Contracts and Leases, Free and Clear of all Liens, Claims, and Interests to Kaiser Aircraft Industries, Inc. and Authorizing the Debtors to Establish a Litigation Trust and Vest Certain Claim Therein (Related Doc # 456 , 485 ) Order Signed on 9/6/2011 | 486 |
| 21. Monthly Application for Compensation of Alston & Bird LLP for the period (Sixth) July 1, 2011 to July 31, 2011 Filed by Alston & Bird LLP. Objections due by 9/22/2011 | 487 |
| 22. Transcript and Exhibits regarding Hearing Held 9/1/2011 RE: Sale Hearing (Debtors' Exhibit 1 and Debtors' Exhibit 2 are not included.  The Bankruptcy Court should have a copy.  Counsel for the Boeing Company will supplement as needed.) | 508 |
| 23. Notice of Filing Complaint | 510 |
| 24. Notice of Appeal .(BAP-11-71). Fee Amount $255. (related document(s) 486 ) Filed by The Boeing Company. Appellant Designation due by 10/3/2011 | 511 |
| 25. Supplemental Certificate of Service regarding Notice of Filing Complaint and Notice of Appeal | 513 |
| 26. Notice of Service Notice of Transmittal of Notice of Appeal to Bankruptcy Judge Pursuant to Del. Bankr. L.R. 8001-1(b) (related document(s) 511 ) Filed by The Boeing Company | 514 |
| 27. Monthly Application for Compensation of Young Conaway Stargatt & Taylor, LLP for the period (Seventh) August 1, 2011 to August 31, 2011 Filed by Young Conaway Stargatt & Taylor, LLP. Objections due by 10/6/2011 | 515 |

[remainder of the page intentionally left blank]

DATED: October 3, 2011.

<div style="margin-left: 40%;">

*/s/ Christopher D. Loizides*
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:     (302) 654-0248
Facsimile:     (302) 654-0728
Email:         loizides@loizides.com

Robert M.D. Mercer
Bryan Cave LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone:     (404) 572-6600
Facsimile:     (404) 572-6999
Email:         robert.mercer@bryancave.com

</div>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| ALABAMA AIRCRAFT INDUSTRIES, INC., *et al.*[1],) | | Case No. 11-10452 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher D. Loizides, hereby certify that on October 3, 2011, I did cause to be served true and correct copies of **DESIGNATION OF ITEMS AND STATEMENT OF ISSUES** on the parties listed on the attached service list as indicated thereon.

DATED:  October 3, 2011

> */s/ Christopher D. Loizides*
> Christopher D. Loizides (No. 3968)
> LOIZIDES, P.A.
> 1225 King Street, Suite 800
> Wilmington, DE  19801
> Telephone:    (302) 654-0248
> Facsimile:    (302) 654-0728
> E-mail:        loizides@loizides.com

---

[1] The debtors in these jointly-administered cases are:  Alabama Aircraft Industries, Inc.; Alabama Aircraft Industries, Inc. – Birmingham; and Pemco Aircraft Engineering Services, Inc.

<u>**SERVICE LIST**</u>

<u>**VIA FIRST CLASS MAIL**</u>

---

**Alabama Aircraft Industries, Inc., et al.**

| | |
|---|---|
| Alston & Bird LLP | Young Conaway Stargatt & Taylor, LLP |
| Grant T. Stein | Joel A. Waite |
| Dennis J. Connolly | Kenneth J. Enos |
| William S. Sugden | The Brandywine Building |
| Sage M. Sigler | 1000 West Street, 17th Floor |
| 1201 West Peachtree Street | P.O. Box 391 |
| Atlanta, Georgia  30309-3424 | Wilmington, Delaware  19801-0391 |
| Telephone: (404) 881-7000 | Telephone: (302) 571-6600 |

---

**Kaiser Aircraft Industries, Inc.**

| | |
|---|---|
| Klee, Tuchin, Bogdanoff & Stern LLP | Pachulski, Stang, Ziehl & Jones LLP |
| Thomas E. Patterson | Bruce Grohsgal |
| Martin R. Barash | 919 North Market Street, 17th Floor |
| 1999 Ave. of the Stars, 39th Floor | Wilmington, Delaware  19801 |
| Los Angeles, California  90067 | Telephone: (302) 778-6403 |
| Telephone: (310) 407-4000 | |

---

**Roberta A. DeAngelis, United States Trustee**

United States Department of Justice
Office of the United States Trustee
Richard L. Schepacarter
Trial Attorney
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, Delaware  19801
Telephone: (302) 573-6491

---

**Official Committee of Unsecured Creditors**

| | |
|---|---|
| Brinkman Portillo Ronk, PC | Womble Carlyle Sandridge & Rice, PLLC |
| Daren R. Brinkman | Steven K. Kortanek |
| Laura J. Portillo | Thomas M. Horan |
| Kevin C. Ronk | 222 Delaware Avenue, Suite 1501 |
| 4333 Park Terrace Drive, Suite 205 | Wilmington, Delaware  19801 |
| Westlake Village, California  91361 | Telephone: (302) 252-4320 |
| Telephone: (818) 597-2992 | |

**Birmingham Airport Authority**

Burr & Forman LLP
Derek F. Meek
Michael K. Choy
Marc P. Solomon
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000

Morris, Nichols, Arsht & Tunnell LLP
Eric D. Schwartz
Matthew B. Harvey
1201 North Market Street
Wilmington, Delaware  19899
Telephone:  (302) 658-9200

**Pension Benefit Guaranty Corporation**

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
Israel Goldowitz
Karen L. Morris
James L. Eggeman
Erika E. Barnes
Mark R. Snyder
1200 K Street, N.W., Suite 340
Washington, D.C.  20005-4026
Telephone:  (202) 326-4020, ext. 3460

**Oracle America, Inc.**

Magnozzi & Kye, LLP
Amish R. Doshi
1 Expressway Plaza
Suite 114
Roslyn Heights, New York  11577
Telephone: (516) 629-5460

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street
25th Floor
San Francisco, California 94105-2126
Telephone: (415) 227-0900

**Lockheed Martin Integrated Systems, Inc.**

Saul Ewing LLP
Mark Minuti
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, Delaware  19899
Telephone: (302) 421-6800

| | |
|---|---|
| **Lockheed Martin Global Training and Logistics** | Steven J. Soloman<br>Gray Robinson, P.A.<br>1221 Brickell Avenue, Suite 1600<br>Miami, Florida  33131<br>Telephone: (305) 416-6880 |
| **L-3 Communications Integrated Systems, L.P.** | Greenberg Traurig, LLP<br>Dennis A. Meloro<br>Scott D. Cousins<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, Delaware  19801<br>Telephone: (302) 661-7000 |
| **Special Value Bond Fund, LLC** | Richards, Layton & Finger, P.A.<br>Russell C. Silberglied<br>John H. Knight<br>L. Katherine Good<br>920 North King Street<br>Wilmington, Delaware  19801<br>Telephone: (302) 651-7700 |

**International Union, United Automobile, Aerospace and Agricultural Implement Workers of America**

Cooch and Taylor PA
Susan Kaufman
The Brandywine Building
1000 West Street
10th Floor
Wilmington, Delaware  19801
Telephone: (302) 984-3820

Cohen, Weiss and Simon, LLP
Bruce S. Levine
330 West 42nd Street
25th Floor
New York, New York  10036
Telephone: (212) 356-0230


Niraj R. Ganatra
International Union UAW
8000 E. Jefferson Avenue
Detroit, Michigan  48214
Telephone: (313) 926-5216

**Blue Cross and Blue Shield of Alabama**

Monzack Mersky McLaughlin and Browder, P.A.
Michael Hochman
Rachel B. Mersky
1201 N. Orange Street
Suite 400
Wilmington, Delaware  19801
Telephone: (302) 656-8162

Burr & Forman, LLP
Joe A. Joseph
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000

**United States Department of Justice**

Victor Zhao
Civil Division
U.S. Department of Justice
via regular mail
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875

via overnight delivery
1100 L Street, N.W.
Room 10044
Washington, D.C. 20005
Telephone: (202) 307-0958

**Joseph Ryan as the Trustee of the Litigation Trust**

Haskell Slaughter Young & Rediker, LLC
J. Michael Rediker
Roger A. Brown
Patricia C. Diak
R. Scott Williams
Peter J. Tepley
Vincent J. Graffeo
2001 Park Place, Suite 1400
Birmingham, Alabama 35303
Telephone (205) 251-1000

COS of Designation of Items