UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ALABAMA AIRCRAFT INDUSTRIES, INC., et al.,[1] | ) ) ) | Case No. 11-10452 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | Ref. Docket Nos. 511 and 534 |
| | ) | |

JOINT COUNTER-DESIGNATION OF THE DEBTORS AND
KAISER AIRCRAFT INDUSTRIES, INC. OF ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL FROM THE SALE ORDER

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Alabama Aircraft Industries, Inc. and its affiliates that are debtors and debtors in possession in these jointly administered cases (the "Debtors"), and Kaiser Aircraft Industries, Inc. (the "Purchaser") hereby jointly submit their counter-designation of items to be included in the record on appeal filed by the Boeing Company ("Boeing") on September 19, 2011 [Docket No. 511].

**Additional Items to be Included in the Record on Appeal**

| Tab No. | Description of Item | Docket No. |
|---|---|---|
| 1 | Declaration of Randall C. Shealy in Support of Chapter 11 Petitions and First Day Motions (Entered: 02/15/2011) | 2 |
| 2 | Debtors' Motion to Approve Use of Cash Collateral for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; (C) Scheduling a Final Hearing on the Motion (Entered: 02/15/2011) | 9 |
| 3 | Boeing's Objection to Motion to Approve Use of Cash Collateral (Entered: 03/18/2011) | 105 |
| 4 | Boeing's Motion for Adequate Protection (Entered: 03/18/2011) | 108 |

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Alabama Aircraft Industries, Inc. (5295); (ii) Alabama Aircraft Industries, Inc.-Birmingham (6533); and (iii) Pemco Aircraft Engineering Services, Inc. (9969). The mailing address for all of the Debtors is 1943 50th Street North, Birmingham, AL 35212.

| Tab No. | Description of Item | Docket No. |
|---|---|---|
| 5 | Notice of Hearing and of Filing of (Proposed) Order Regarding Boeing's Motion for Adequate Protection Filed (Entered: 03/23/2011) | 121 |
| 6 | Objection of Special Value Bond Fund, LLC ("SVBF") to Boeing's Motion for Adequate Protection (Entered: 03/24/2011) | 125 |
| 7 | Objection of Pension Benefit Guaranty Company ("PBGC") to Boeing's Motion for Adequate Protection (Entered: 03/24/2011) | 126 |
| 8 | Objection of the Debtors to Boeing's Motion for Adequate Protection (Entered: 03/24/2011) | 127 |
| 9 | Order (Final) On Motion Of The Debtors For Entry Of An Order Authorizing Use Of Cash Collateral And Granting Adequate Protection (Entered: 03/24/2011) | 134 |
| 10 | Sur-Reply of PBGC in Support of Objection to Boeing's Adequate Protection Motion (Entered: 04/11/2011) | 182 |
| 11 | Sur-Reply of SVBF in Support of Objection to Boeing's Adequate Protection Motion (Entered: 04/11/2011) | 183 |
| 12 | Notice of Withdrawal of Boeing's Motion for Adequate Protection (Entered: 04/15/2011) | 195 |
| 13 | Transcript regarding Hearing Held 4/14/2011 re: Boeing's Motion for Adequate Protection (Entered: 04/25/2011) | 214 |
| 14 | Motion of the Debtors Requesting Entry of an Order (a) Approving Bidding Procedures for a Potential Sale of the Debtors Assets, (b) Scheduling an Auction, (c) Scheduling a Sale Hearing, and (d) Approving the Form and Manner of Notice of Auction and Sale Hearing (Entered: 04/25/2011) | 216 |
| 15 | Objection to Debtors' Motion Requesting Entry of an Order (a) Approving Bidding Procedures for a Potential Sale of the Debtors' Assets, (b) Scheduling an Auction, (c) Scheduling a Sale Hearing, and (d) Approving the Form and Manner of Notice of Auction and Sale Hearing Filed by Boeing (Entered: 05/02/2011) | 231 |
| 16 | Order (a) Approving Bidding Procedures for a Potential Sale of the Debtors' Assets, (b) Scheduling an Auction, (c) Scheduling a Sale Hearing, and (d) Approving the Form and Manner of Notice of Auction and Sale Hearing (Entered: 05/03/2011) | 241 |
| 17 | Transcript regarding Hearing Held 4/15/2011 re: Boeing's Motion for Adequate Protection (Entered: 05/12/2011)* | 259 |

01: 11513786.4    070130.1001

| Tab No. | Description of Item | Docket No. |
|---|---|---|
| 18 | Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Nonresidential Real Property (Entered: 06/01/2011) | 300 |
| 19 | Limited Objection to Debtors' Motion Requesting Entry of Sale Order (I) Approving Sale of Assets, Including the Assumption and Assignment of Contracts, Free and Clear of All Liens, Claims, and Interests; and (II) Approving Form and Manner of Notice of Assumption and Assignment of Contracts Filed by Boeing (Entered: 06/10/2011) | 322 |
| 20 | Transcript regarding Omnibus Hearing Held 05/03/2011, lines 17:11-63:3 (Debtors' Motion to Approve Bidding Procedures) (Entered: 06/14/2011) | 338 |
| 21 | Notice of (I) Assumption of Executory Contract or Unexpired Lease, (II) Fixing of Cure Amounts in Connection Therewith, and (III) Deadline to Object Thereto (Entered: 08/22/2011) | 454 |
| 22 | Notice of Sale Hearing (Entered: 08/22/2011) | 455 |
| 23 | Supplement to Notice of (I) Assumption of Executory Contract or Unexpired Lease, (II) Fixing of Cure Amounts in Connection Therewith, and (III) Deadline to Object Thereto (Entered: 08/26/2011) | 461 |
| 24 | Birmingham Airport Authority's Limited Objection to (A) Debtors' Sale Motion and (B) Notice of Assumption (Entered: 08/29/2011) | 462 |
| 25 | Response and Reservation of Rights of PBGC to Debtors' Sale Motion (Entered: 08/29/2011) | 463 |
| 26 | Certification of Counsel with Respect to Debtors' Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of an Order Approving the Sale of Substantially all of the Debtors Operating Assets, Including the Assumption and Assignment of Contracts and Leases, Free and Clear of all Liens, Claims, and Interests to Kaiser Aircraft Industries, Inc. and Authorizing the Debtors to Establish a Litigation Trust and Vest Certain Claim Therein (Entered: 09/05/2011) | 485 |
| 27 | Claims Register (Numeric) (Entered: 09/23/2011) | 519 |
| 28 | Debtors' Motion for Order (I) Converting Cases to Chapter 7 and (II) Setting Bar Date for Filing Final Chapter 1 Fee Applications and Establishing a Hearing Date Thereon (Entered: 10/12/2011) | 544 |

01: 11513786.4     070130.1001

DATED: October 17, 2011

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Patrick A. Jackson*
Joel A. Waite (No. 2925)
John T. Dorsey (No. 2988)
Kenneth J. Enos (No. 4544)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19801-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Attorneys for the Debtors*


PACHULSKI, STANG, ZIEHL
& JONES LLP

/s/ *Bruce Grohsgal*
Bruce Grohsgal (No. 3583)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 778-6403
Facsimile: (302) 652-4400

-and-

Thomas E. Patterson
KLEE, TUCHIN, BOGDANOFF
& STERN LLP
1999 Avenue of the Stars, Suite 3900
Los Angeles, CA 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090

*Attorneys for Kaiser Aircraft Industries, Inc.*