## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALABAMA AIRCRAFT INDUSTRIES, INC., *et al.,*<br>Debtors. | Chapter 11<br><br>Case No. 11-10452 (PJW) (Jointly Administered) |
| THE BOEING COMPANY,<br><br>Appellant,<br><br>v.<br><br>ALABAMA AIRCRAFT INDUSTRIES, INC., *et al,* KAISER AIRCRAFT INDUSTRIES, INC.<br><br>Appellees. | Civil Action No. 1:11-cv-01003 (JEI) |

**AFFIDAVIT OF ROBERT M.D. MERCER IN SUPPORT OF THE BOEING COMPANY'S BRIEF IN OPPOSITION TO KAISER AIRCRAFT INDUSTRIES, INC'S MOTION TO DISMISS APPEAL AS MOOT [11 U.S.C. § 363(M)]**

Robert M.D. Mercer, being duly sworn, deposes and says:

1.      I am an attorney at Bryan Cave LLP and a member in good standing of the Georgia Bar and have applied to be admitted to the Court *pro hac vice.*

2.      I submit this Affidavit in support of the Boeing Company's Brief in Opposition to Kaiser Aircraft Industries, Inc.'s Motion to Dismiss Appeal as Moot [11 U.S.C. § 363(m)].

3.      By this Affidavit, I submit a true and correct copy of the following documents cited in the aforementioned brief:

Exhibit A:      Declaration in Connection with the Order to Retain Ordinary Course Professionals (Bankr. Case No. 11-10452 (PWJ), D.I. 204);

Exhibit B:      Affidavit of Service Re: (1) Order Shortening the Time for Notice of the Hearing to Consider Debtors' Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of an Order Approving the Sale of

Substantially all of the Debtors' Operating Assets, Including the Assumption and Assignment of Contracts and Leases, Free and Clear of all Liens, Claims, and Interests to Kaiser Aircraft Industries, Inc. and Authorizing the Debtors to Assign Certain Claims to a Litigation Trust; (2) Notice of (I) Assumption of Executory Contract or Unexpired Lease, (II) Fixing of Cure Amounts in Connection Therewith, and (III) Deadline to Object Thereto; (3) Notice of Sale Hearing; (4) Debtors' Motion Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Seeking Entry of an Order Approving the Sale of substantially all of the Debtors' Operating Assets, Including the assumption and Assignment of Contracts and leases, Free and Clear of all Liens, Claims, and Interests to Kaiser Aircraft Industries, Inc. and Authorizing the Debtors to Establish a Litigation Trust and Vest Certain Claims Therein [Corrected Version] (Bankr. Case No. 11-10452 (PWJ), D.I. 459);[1]

Exhibit C:   Correspondence from Robert Mercer to Scott Williams dated November 8, 2011;

Exhibit D:   Correspondence from Robert Mercer to Thomas Patterson dated November 8, 2011; and

Exhibit E:   Correspondence from Thomas Patterson to Robert Mercer dated November 10, 2011.

Robert M.D. Mercer

Sworn and subscribed to before
Me this 14th day of November 2011

_Deborah A. Hopkins_
Notary Public

---

[1] Only Exhibit "A" and Exhibit "B" are attached.

6176815.2

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ALABAMA AIRCRAFT INDUSTRIES, INC., | ) Case No. 11-10452 (PJW) |
| et al.,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Objection Deadline: April 28, 2011 at 4:00 p.m. (ET) |
| | ) Ref. Docket Nos. 41 & 93 |

## NOTICE OF FILING RETENTION DECLARATION IN CONNECTION WITH THE ORDER TO RETAIN ORDINARY COURSE PROFESSIONALS PURSUANT TO SECTIONS 105(A), 327, 328 AND 330 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014

**PLEASE TAKE NOTICE** that on February 22, 2011, Alabama Aircraft Industries, Inc. and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), filed their Motion for an Order to Retain Ordinary Course Professionals Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 (the "Motion") [Docket No. 41].[2]

**PLEASE TAKE FURTHER NOTICE** that on March 11, 2011, the Court entered its Order to Retain Ordinary Course Professionals Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 (the "Order") [Docket No. 93], which provides that each Ordinary Course Professional must file with the Court, prior to acceptance of payment for postpetition services rendered, a Retention Declaration pursuant to Section 327 of the Bankruptcy Code setting forth that such professional does not represent or hold any interest adverse to the Debtors or their respective estate with respect to the matter for which such professional is engaged. In accordance with the procedures set forth in the Order, the Debtors hereby file this Retention Declaration in support of Haskell Slaughter Young & Rediker, LLC as an Ordinary Course Professional, which is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Retention Declaration has been served on the Office of the United States Trustee, the Debtors' Thirty Largest Unsecured Creditors, and those parties requesting notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Alabama Aircraft Industries, Inc. (5295); (ii) Alabama Aircraft Industries, Inc.-Birmingham (6533); and (iii) Pemco Aircraft Engineering Services, Inc. (9969). The mailing address for all of the Debtors is 1943 50th Street North, Birmingham, AL 35212.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

070130.1001    204

4\18\11

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, any party in interest may object to an Ordinary Course Professional's retention within ten (10) days service of the Retention Declaration based upon lack of disinterestedness or conflict of interest. Any objection to the retention of an Ordinary Course Professional must be served on (i) counsel to the Debtor, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899-0391 (Attn: Joel A. Waite, Esq. and Kenneth J. Enos, Esq.) and Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424 (Attn: Grant T. Stein, Esq. and Sage M. Sigler, Esq.); and (ii) the Office of the United States Trustee, 844 King Street, Suite 2313, Wilmington, DE 19801 (Attn: Richard Schepacarter, Esq.).

Dated: Wilmington, Delaware
     April 18, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Joel A. Waite (No. 2925)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Grant T. Stein
Dennis J. Connolly
William S. Sugden
Sage M. Sigler
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Attorneys for the Debtors

070130.1001

## EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re ) Chapter 11
)
ALABAMA AIRCRAFT INDUSTRIES, INC., ) Case No. 11-10452
*et al.*,[1] )
) Jointly Administered
      Debtors. )

### DECLARATION

I, R. Scott Williams, declare and state as follows:

1. I am a partner with Haskell Slaughter Young & Rediker, LLC (the **"Firm"**), having an office located at 2001 Park Place, Suite 1400, Birmingham, Alabama 35203, employed by the above-captioned debtors and debtors in possession (collectively, the **"Debtors"**) in the ordinary course of their businesses.

2. This declaration is submitted pursuant to 11 U.S.C. §§ 105(a), 327, 328 and 330, in compliance with the Order Authorizing the Employment of Professionals Utilized in the Ordinary Course of Business *nunc pro tunc* to the Petition Date (the **"Ordinary Course Professionals Order"**).

3. The professional services the Firm will render to the Debtors include, but shall not be limited to assisting the Debtor with identifying and recovering potential claims.

4. Prior to the commencement of the Debtors' bankruptcy cases (the **"Bankruptcy Cases"**), the Firm did provide professional services to the Debtors.

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Alabama Aircraft Industries, Inc. (5295); (ii) Alabama Aircraft Industries, Inc.-Birmingham (6533); and (iii) Pemco Aircraft Engineering Services, Inc. (9969). The mailing address for all of the Debtors is 1943 50th Street North, Birmingham, AL 35212.

5.     The Debtors did not owe the Firm in connection with professional services rendered to the Debtors prepetition.

6.     The Firm does not hold any interest adverse to the Debtors or their estates with respect to the matters for which the Firm is to be retained. The Firm has not performed services in the past for persons that are parties in interest in the Bankruptcy Cases, in matters related to the Bankruptcy Cases:

7.     Neither I nor any principal of or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matters that the Firm is retained:

8.     The Firm has read the proposed Ordinary Course Professionals Order and understands the limitations on compensation allowed to be paid without a court order.

9.     The Firm is conducting further inquiries regarding its retention by any creditor of the Debtors and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

10.     The Firm intends to apply for compensation for professional services rendered in connection with these Bankruptcy Cases directly to the Debtors, in accordance with the Ordinary Course Professionals Order, with such application to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The Firm understands that, pursuant to the Ordinary Course Professionals Order, services rendered to the Debtors resulting in fees of more than $25,000 per month, on average over the prior rolling three-month period, will require the entry of an order of the Court authorizing such higher amount. The principal members, associates and/or employees

2

designated to represent the Debtors, and their current standard hourly rates, are:

|     |                                        |          |
| --- | -------------------------------------- | -------- |
| (a) | J. Michael Rediker billing rate per hour | $450.00  |
| (b) | R. Scott Williams billing rate per hour  | $325.00  |
| (c) | Vincent J. Graffeo billing rate per hour | $225.00  |

11.     The hourly rates set forth above are subject to periodic adjustments to reflect changes in the economy and other conditions. The hourly rates set forth above are the Firm's standard hourly rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its members, associates and/or employees, and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, travel costs, telecommunications, express mail, messenger service, photocopying costs, document processing, temporary employment of additional staff, overtime meals, and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

12.     Except as provided in the Ordinary Course Professionals Order, no representations or promises have been received by the Firm, or by any member, partner, counsel, associate, or employee thereof, as to compensation in connection with these Bankruptcy Cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with the Bankruptcy Cases.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 15, 2011, at Birmingham, Alabama.

Name:  R. Scott Williams
Title:  Partner

4

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:                                  )   Chapter 11
                                        )
ALABAMA AIRCRAFT INDUSTRIES, INC., )   Case No. 11-10452 (PJW)
et al.,[1]                              )
                                        )   Jointly Administered
             Debtors.                   )

---

### AFFIDAVIT OF SERVICE

I, Jeffrey L. Pirrung, being duly sworn according to law, depose and say that I am the Managing Director of American Legal Claim Services, LLC, claims and noticing agent for the Debtor in the above-captioned case.

On August 22, 2011, under my direction and supervision, the following documents were served via Overnight mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- Order Shortening the Time for Notice of the Hearing to Consider Debtors' Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, and 9014, and Local Rules 2002-1 and 6004-1, Requesting Entry of an Order Approving the Sale of Substantially all of the Debtors' Operating Assets, Including the Assumption and Assignment of Contracts and Leases, Free and Clear of all Liens, Claims, and Interests to Kaiser Aircraft Industries, Inc. and Authorizing the Debtors to Assign Certain Claims to a Litigation Trust **[Docket No. 452]**

- Notice Of (I) Assumption Of Executory Contract Or Unexpired Lease, (II) Fixing Of Cure Amounts In Connection Therewith, And (III) Deadline To Object Thereto **[Docket No. 454]**

- Notice Of Sale Hearing **[Docket No. 455]**

*(Continued on the Following Page)*

---

[1] The last four digits of the taxpayer identification numbers for each of the Debtors follow in parenthesis: (i) Alabama Aircraft Industries, Inc. (595); (ii) Alabama Aircraft Industries, Inc. –Birmingham (6533); and (iii) Pemco Aircraft Engineering Services, Inc. (969). The mailing address for all of the Debtors is 1943 50th Street North, Birmingham, AL 35212.

459
8/23/11

- Debtors' Motion Pursuant To Sections 105(a), 363, And 365 Of The Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006, And 9014, And Local Rules 2002-1 And 6004-1, Seeking Entry Of An Order Approving The Sale Of Substantially All Of The Debtors' Operating Assets, Including The Assumption And Assignment Of Contracts And Leases, Free And Clear Of All Liens, Claims, And Interests To Kaiser Aircraft Industries, Inc. And Authorizing The Debtors To Establish A Litigation Trust And Vest Certain Claims Therein [Corrected Version]  **[Docket No. 456]**

On August 22, 2011, under my direction and supervision, the following document was served via First Class mail upon the service list attached hereto as **Exhibit C**:

- Notice Of Sale Hearing **[Docket No. 455]**

Dated: August 23, 2011

Jeffrey L. Pirrung

State of Florida, County of Duval

Subscribed and sworn to before me on this 23rd day of August, 2011, by Jeffrey L. Pirrung, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature:

TRACY B. MILLER
Notary Public, State of Florida
My Comm. Expires Feb. 14, 2015
Commission No. EE 53530

**Exhibit A**

Exhibit A
Served via Overnight Mail

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alabama Power Company | Eugenia Gann | 313 N 6th Ave | | Birmingham | AL | 35203 |
| Avizent | Mark McCarthy | 5000 Bradenton AVE | | Columbus | OH | 43017 |
| Balch and Bingham LLP | Eric T Ray | 1901 Sixth Ave N, STE 1600 | | Birmingham | AL | 35203 |
| Bartlett Hackett Feinberg PC | Frank F McGinn | 155 Federal Street 9th Fl | | Boston | MA | 02110 |
| Birmingham Airport Authority | | 5900 Airport Highway | | Birmingham | AI | 35212 |
| Brinkman Portillo Ronk | Daren Brinkman and Laura Portillo | 4333 Park Terrace Suite 205 | | Westlake Village | CA | 91361 |
| Bryan Cave | Robert Mercer | One Atlantic Center 14th Fl | 1201 West Peachtree St NW | Atlanta | GA | 30309-3488 |
| Buchalter Nemer A Professional Corporation | Shawn M Christianson | 333 Market St | 25th Fl | San Francisco | CA | 94105-2126 |
| Burr And Forman | Derek F Meek | 420 North 20th St | Suite 3400 | Birmingham | AL | 35203 |
| Burr And Forman | Joe A Joseph | 420 North 20th St | | Birmingham | AL | 35203 |
| Burr And Forman | Marc P Solomon | 420 North 20th St | Suite 3400 | Birmingham | AL | 35203 |
| Burr And Forman | Michael K Choy | 420 North 20th St | Suite 3400 | Birmingham | AL | 35203 |
| Cohen Weiss and Simon LLP | Bruce S Levine | 330 West 42nd St | 25th Fl | New York | NY | 10036-6976 |
| Cooch and Taylor | Susan E Kaufman | The Brandywine Bldg | 1000 West St 10th Fl | Wilmington | DE | 19801 |
| Custom Pack Shipping Inc | Attn David Crandall | 112 Owens Parkway | | Birmingham | AL | 35244 |
| Defense Logistics Agency | Attn General Counsel | 8725 John J Kingman Rd | Andrew T McNamara Bldg | Fort Belvoir | VA | 22060-6221 |
| Defense Logistics Agency | Attn Legal Department | 8725 John J Kingman Rd | Andrew T McNamara Bldg | Fort Belvoir | VA | 22060-6221 |
| Defense Logistics Agency | Attn Property Administrator | 8725 John J Kingman Rd | Andrew T McNamara Bldg | Fort Belvoir | VA | 22060-6221 |
| Gray Robinson | Steven J Solomon | 1221 Brickell Ave Ste 1600 | | Miami | FL | 33131 |
| Greenberg Traurig LLP | Dennis A Meloro | 1007 North Orange Street Ste 1200 | | Wilmington | DE | 19801 |
| Greenberg Traurig LLP | Scott D Cousins | 1007 North Orange Street Ste 1200 | | Wilmington | DE | 19801 |
| Haynes Machine Company | Attn Paul Haynes | 255 Yellowjacket Ln | | Oxford | AL | 36203 |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| International Union UAW | Niraj R Ganatra | 8000 E Jefferson Ave | | Detroit | MI | 48214 |
| International Union UAW | Susan M Mitchell | 8000 E Jefferson Ave | | Detroit | MI | 48214 |
| Iron Mountain | ATTN Legal Dept | 745 Atlantic AVE | | Boston | MA | 02111 |
| Iron Mountain | Jennifer Johnson | 730C Freeland Station Rd | | Nashville | TN | 37228 |
| Latham & Watkins | Attn David R Hazelton | 555 Eleventh St NW | Ste 1000 | Washington | DC | 20004-1304 |
| Latham & Watkins | Attn Robert L Struve | 233 South Wacker Dr | Ste 5800 | Chicago | IL | 60606 |
| Loizides PA | Christopher D Loizides | 1225 King St Ste 800 | | Wilmington | DE | 19801 |
| Maynard Cooper & Gale PC | Tony Miller and Jayna Lamar | 1901 6th Ave North | 2400 Regions Harbert Plaza | Birmingham | AL | 35203-2602 |
| Monzack Mersky McLaughlin and Browder | Rachel B Mersky | 1201 N Orange St | Ste 400 | Wilmington | DE | 19801 |
| Morris Nichols Arsht and Tunnell LLP | Eric D Schwartz | 1201 North Market St | PO Box 1347 | Wilmington | DE | 19899 |
| Morris Nichols Arsht and Tunnell LLP | Matthew B Harvey | 1201 North Market St | PO Box 1347 | Wilmington | DE | 19899 |
| NLRB | Region 10 Atlanta | 233 Peachtree St NE | Ste 1000 Harris Tower | Atlanta | GA | 30303-1531 |
| NLRB | Region 10 Birmingham | 1130 South 22nd St | Ridge Park Place Ste 3400 | Birmingham | AL | 35205-2870 |
| Office of the United States Trustee | | | | | | |
| Delaware | Richard Shepacarter | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| Oracle Corporation | Legal Department | 500 Oracle Pkwy | | Redwood Shores | CA | 94065 |
| Pension Benefit Guaranty Corp | Erika Barnes Atty | 1200 K Street NW | | Washington | DC | 20005 |

Exhibit A
Served via Overnight Mail

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Pension Benefit Guaranty Corp | James Eggeman Asst Chief Counsel | 1200 K Street NW | | Washington | DC | 20005 |
| Pension Benefit Guaranty Corp | Mark R Snyder | 1200 K Street NW | Ste 340 | Washington | DC | 20005-4026 |
| Richards Layton & Finger PA | John H Knight | One Rodney Square | 920 North King St | Wilmington | DE | 19801 |
| Richards Layton & Finger PA | L Katherine Good | One Rodney Square | 920 North King St | Wilmington | DE | 19801 |
| Richards Layton & Finger PA | Russell C Silberglied | One Rodney Square | 920 North King St | Wilmington | DE | 19801 |
| Secretary of the Treasury | Division of Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Securities and Exchange Commission | Attn George S Canellos | 3 World Financial Ctr Ste 400 | New York Regional Office | New York | NY | 10281-1022 |
| Securities and Exchange Commission | Secretary of the Treasury | 100 F Street NE | | Washington | DC | 20549 |
| US Attorneys Office | Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |
| Wells Fargo Bank NA | Attn Austin Davis | 420 20th Street North | 7th Fl | Birmingham | AL | 35203 |
| Wells Fargo Law Department | Sasha Robinson | 301 S Tryon St M7 | MAC D1129 072 | Charlotte | NC | 28288 |
| Wells Fargo Law Department | Timothy W Arant Senior Counsel | 301 South College St | MAC D1053 300 | Charlotte | NC | 28202 |
| Womble Carlysle Sandridge and Rice | Steven Kortanek and Ryan Cicoski | 222 Delaware Avenue Suite 1501 | | Wilmington | DE | 19801 |

# Exhibit B

Exhibit B
Served via Overnight Mail

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alabama Atty General | Troy King | 500 Dexter Avenue | | Montgomery | AL | 36130 |
| Alabama Dept of Envil Management | | 1400 Coliseum Blvd. | | Montgomery | AL | 36110 |
| Alabama Dept of Envil Management | | Birmingham Field Office | | Birmingham | AL | 35212 |
| ARINC | Debbie Leipra | 2551 Riva Rd | | Annapolis | MD | 21401 |
| Aterian Investment Partners | | 1700 Broadway 38th Floor | | New York | NY | 10019 |
| Bright House Networks | Attn Michael Fieldstone | 151 London Pkwy | | Birmingham | AL | 35211 |
| British Aerospace | | 200 Park Place Drive | | Warner Robins | GA | 31088 |
| Capital Recovery Group | MTC Technologies | 1654 King St. | | Enfield | CT | 06082- |
| Cincinnati Industries | Steve Papillo | 2020 Dunlap St | | Cincinnati | OH | 45214 |
| City of Birmingham | Gary Rogg | 710 North 20th Street | City Hall 1st Floor | Birmingham | AL | 35203 |
| City of Birmingham | Tom-Barnett Dir of Finance | PO Box 11348 | | Birmingham | AL | 35296 |
| Concepts in Production | Tom-Barnett Dir of Finance | 203 3rd Ave S | Ste 4 | Amory | MS | 38821 |
| Counsel RB Capital LLC | Attn Tom Higgins | 904 Buena Vista | | San Clemente | CA | 92672 |
| Critical Components Inc | Vaughn Barber | 120 Interstate N Pkwy | Build 300 Ste 305 | Atlanta | GA | 30339 |
| Datamax Software Group Inc | Attn Legal Department | 5090 Robert J Mathew Pkwy No 100 | | El Dorado Hills | CA | 95762 |
| Datamax Software Group Inc | Attn Legal Department | 8911 N Capital of Texas Hwy | No 3220 | Austin | TX | 78759 |
| Defense Support Services LLC | Attn Donald W Smith | 901 Lincoln Drive W | Ste 200 | Marlton | NJ | 08053 |
| Deltacom | Attn Legal Department | 7037 Old Madison Pike | | Huntsville | AL | 35806 |
| Deltacom | | PO Box 2252 | Delta ID 1058 | Birmingham | AL | 35246-1058 |
| Department of Public Health | | 3060 Mobile Hwy | | Montgomery | AL | 36130 |
| DLA Aviation | DFAS-ADPS/CA-BSM | PO Box 182204 | | Columbus | OH | 43218-2204 |
| DLA Aviation | | 20002 N 19th Ave | Mail Code A | Phoenix | AZ | 85027 |
| DRS Technical Services | | 12930 Worldgate Dr | Suite 700 | Herndon | VA | 20170 |
| EMC Corporation | Lisa Branco | 55 Constitution Blvd | | Franklin | MA | 02038 |
| Environmental Protection Agency | ATTN Office of General Counsel | 61 Forsyth St Sw | Atlanta Federal Center | Atlanta | GA | 30303-3104 |
| General Dynamics Information Tech | Attn Legal Department | 3211 Jermantown Road | Ste 509 | Fairfax | VA | 22040 |
| General Dynamics Information Tech | | 5100 Springfield Pike | Ste 300 | Dayton | OH | 45431 |
| Great American Group | James O'Donoghue | 9 Parkway North | CX015A | Deerfield | IL | 60015 |
| Hewlett Packard | D Bledsoe | 301 S Rockrimmon Blvd | | Colorado Springs | CO | 80919-2303 |
| LSC | Attn Donald Hunt | 700 West Airport Rd | | Payson | AZ | 85541 |
| L 3 Communications | | PO Box 6177 | M S 1121 | Greenville | TX | 75403-6177 |
| L 3 Communications | Attn Donald Hunt | 7500 Maehr Road | | Waco | TX | 76705 |
| L 3 Communications IS | | PO Box 6177 | | Greenville | TX | 75403-6177 |
| Lockheed Martin Integrated Systems | George Pfarr | 21472 Network Place | Bank One | Chicago | IL | 28290-5199 |
| Lockheed Martin Integrated Systems | Karen J Borges | 7 Barnabas Rd | | Marion | MA | 02738 |
| McAfee Inc | Attn Jan Clappy | 4006 Beltline Rd Ste 275 | ANI Direct | Addison | TX | 75001 |
| MCH Companies | Teresa Meyer | 10900 Portland Ave S | PO 1749 | Burnsville | MN | 55337 |
| Modspace | Clay Johnson | 3701 65th St N | | Birmingham | AL | 35206 |
| Moe Friategar | | PO Box 71 | | Porthueneme | CA | 93044 |
| Myron Bowling | Chris Lee | PO Box 369 | | Ross | OH | 45061 |
| Naval Air Warfare Center AD | Attn Francis Jurmin | 21936 Bundy Rd | | Patuxent River | MD | 20670 |
| Neopost Leasing | Mail Finance | 478 Wheelers Farms Rd | | Milford | CT | 06461 |
| Nextel Sprint Communications | | PO Box 4181 | | Harold Stream | IL | 60197-4188 |
| Norturup Grumman | Alan Currie | 101 Warner Robbins Rd | | Jeffersonville | GA | 31044 |
| Norturup Grumman | | 8710 Freeport Pkwy Suite 200 | | Irving | TX | 75063-2577 |
| Office of the US Attorney General | Joseph R Biden III | 820 N French St | Carvel State Office Building | Wilmington | DE | 19801 |
| OO ALC PKEA | Annette Moody | 6039 Aspen Ave | B1289 Upstairs | Hill AFB | UT | 84056-5808 |

In re: Alabama Aircraft Industries, Inc.
Case No. 11-10452 (PJW)

Page 1 of 2

Exhibit B
Served via Overnight Mail

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Oracle Corporation | Attn Legal Department | 500 Oracle Parkway | | Redwood Shores | CA | 94065 |
| Oracle Corporation | Nirup Natraj | PO Box 371992 | | Pittsburgh | PA | 15250-7992 |
| Pinnacle Leasing | Attn Legal Department | 7585 West 66th Avenue | Ste 300 | Arvada | CO | 80003 |
| Pinnacle Leasing | | PO Box 661194 | | Birmingham | AL | 35266-1194 |
| PMI Auction | Robert Braman | 2901 W Sam Houston Pkwy N | Ste A130 | Houston | TX | 77043 |
| Quest Software | | PO Box 51739 | | Los Angeles | CA | 90051-6039 |
| Quest Software | | 5 Polaris Way | | Aliso Viejo | CA | 92656 |
| R 4 Integration | Attn Legal Department | 634 Anchors Street | Ste 202 | Ft Walton Beach | FL | 32548 |
| Raytheon | | 870 Winter St | | Waltham | MA | 02451 |
| Raytheon | | 12160 Sunrise Valley Dr | | Reston | VA | 20191 |
| Sage Software Inc | | 56 Technology Dr | | Irvine | CA | 92618 |
| SAIC | Rick Stravinsky | 16701 West Bernardo Dr | | San Diego | CA | 30364 |
| SAIC | | 1000 Park Dr | | Warner Robins | GA | 31088 |
| SC Attorney Generals Office | | PO Box 11549 | | Columbia | SC | 29201 |
| Scientific Research Corporation | | 2300 Windy Ridge Pkwy | Ste 400 South | Atlanta | GA | 30339 |
| Scriptlogic | | 6000 NW Broken Sound Pkwy 2nd Fl | | Boca Raton | FL | 33487 |
| South Carolina Dept. of Health | and Envtl Control SCDHEC BL and WM | 2600 Bull Street | | Columbia | SC | 29201 |
| The Birmingham Airport Authority | Patty Howell | 5900 Messer Airport Hwy | | Birmingham | AL | 35212 |
| United States EPA | Region 4 Waste Management Div | 61 Forsyth St. SW | RCRA Enforcement Compliance Branch | Atlanta | GA | 30303-8909 |
| US Air Force | Bobbi Whitlock | Build 3001 Suite 2AH81A | | Tinker AFB | OK | 73145-3015 |
| US Air Force WR ALC Contract | Robin Dixon | 215 Page Rd Ste 131 | | Robbins AFB | GA | 31098-1662 |
| US Army | Attn Elizabeth Jackson | Build 401 Lee Blvd | | Fort Eustis | VA | 23604-5577 |
| Vertex Inc | Attn Legal Department | 1041 Old Cassatt Rd | | Berwyn | PA | 19312 |
| VMWare Inc | Attn Legal Department | 3401 Hillview Ave | | Palo Alto | CA | 94304 |
| WAS Aviation Services Inc | Gary Talarico and Deryl Couch | 5200 Town Center Cir Ste 470 | co Sun Capital Partners Inc | Boca Raton | FL | 33486 |
| WAS Aviation Services Inc | Steven A Navarro | 101 Park Ave | CO Morgan Lewis and Bockius LLP | New York | NY | 10178 |
| Western Aero Services Inc | David Balfanz | 6475 Franklin St | | Denver | CO | 80029 |

In re: Alabama Aircraft Industries, Inc.
Case No. 11-10452 (PJW)

# EXHIBIT C



ROBERT M.D. MERCER
Direct: 404-572-6976
Fax: 404-420-0576
robert.mercer@bryancave.com

November 8, 2011

*Via Electronic Mail and U.S. Mail*

R. Scott Williams, Esq.
Haskell Slaughter Young & Rediker, LLC
2001 Park Place
Suite 1400
Alabama  35203

Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 W. Peachtree St., NW
Atlanta, GA 30309
Phone (404) 572-6600
Fax (404) 572-6999
www.bryancave.com

Bryan Cave Offices

Atlanta
Charlotte
Chicago
Dallas
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
Milan
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave International Trade
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS

www.bryancavetrade.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Re:    The Boeing Company v. Alabama Aircraft Industries, Inc.
       (In re Alabama Aircraft Industries, Inc.); United States District Court
       for the District of Delaware; Civil Action No. 1:11-cv01003-JEI

Re:    In re Alabama Aircraft Industries, Inc., et al.
       In the United States Bankruptcy Court; District of Delaware;
       Case No. 11-10452-PJW (Jointly Administered) (collectively,
       the "Bankruptcy Cases")

Dear Scott:

As a follow on to my voice mail, as counsel to The Boeing Company ("Boeing"), we write to request that your firm supplement its ordinary course professional declaration executed on April 15, 2011 and provide certain information in connection with the above-referenced cases.

According to the complaints recently filed on behalf of the liquidation trustee against Boeing and its affiliates, your firm is serving as his counsel. Accordingly, we would request that you supplement your firm's declaration to disclose as additional "connections" the following information: (i) the date on which your firm was hired by the litigation trustee; (ii) whether the services your firm is providing are related to the services it performed for the debtors; (iii) the financial terms upon which your firm is representing the litigation trustee -- i.e., the specific terms of (a) any contingency or hourly fee agreement and (b) any retainer your firm has received; and (iv) whether and when your firm's representation of the debtors ended. See 9 Collier on Bankruptcy ¶ 2014.05 (Alan N. Resnick & Henry J. Sommers eds., 16th ed.) (counsel has continuing obligation to disclose "connections").

6175268.4

R. Scott Williams, Esq.
November 7, 2011
Page 2

As you are probably aware, Boeing has appealed the order establishing the litigation trust. In that appeal, Kaiser Aircraft Industries, Inc. has filed a motion to dismiss the appeal contending that it "capitaliz[ed] the Litigation Trust with an initial $500,000" in reliance on the order entered by the bankruptcy court in the Bankruptcy Cases on or about September 6, 2011. See Brief in Support of Kaiser Aircraft Industries, Inc.'s Motion to Dismiss Appeal as Moot [11 U.S.C. § 363(m)] ("Kaiser Motion to Dismiss"), In re Alabama Aircraft Industries. Inc., Civil Action No. 1:11-cv01003-JEI, D.I. 8, p. 13 (D. Del. Oct. 27, 2011).

Given the foregoing, and in addition to the information requested above, please produce a copy of any agreements between your firm and the litigation trustee and advise whether your firm received any of the $500,000 that Kaiser represents it has spent to capitalize the Litigation Trust and, if so, the conditions upon which your firm received it.

Please file a supplemental declaration and provide the requested information or on before the close of business on November 10, 2011. We need for you to respond by that date because our client's response to the Kaiser Motion to Dismiss is due on November 14, 2011.

Very truly yours,

Robert M.D. Mercer

RMDM/dh

6175268.4

# EXHIBIT D



ROBERT M.D. MERCER
Direct: 404-572-6976
Fax: 404-420-0576
robert.mercer@bryancave.com

November 8, 2011

Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 W Peachtree St., NW
Atlanta, GA 30309
Phone (404) 572-6600
Fax (404) 572-6999
www.bryancave.com

Bryan Cave Offices

Atlanta
Charlotte
Chicago
Dallas
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
Milan
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave International Trade
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS

www.bryancavetrade.com

Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

*Via Electronic Mail and U.S. Mail*

Thomas E. Patterson, Esq.
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, CA  90067-6049

> Re:   The Boeing Company v. Alabama Aircraft Industries, Inc.
>        (In re Alabama Aircraft Industries, Inc.); United States District Court
>        for the District of Delaware; Civil Action No. 1:11-cv01003-JEI
>
> Re:   In re Alabama Aircraft Industries, Inc., et al.
>        In the United States Bankruptcy Court; District of Delaware;
>        Case No. 11-10452-PJW (Jointly Administered) (collectively,
>        the "Bankruptcy Cases")

Dear Mr. Patterson:

As a follow on to our conversation today, as counsel to The Boeing Company ("Boeing"), we write to request that Kaiser Aircraft Industries, Inc. ("Kaiser") provide certain information in connection with the above-referenced cases.

As you know, Kaiser has filed a motion to dismiss the appeal contending that it "capitaliz[ed] the Litigation Trust with an initial $500,000" in reliance on the order entered by the bankruptcy court in the Bankruptcy Cases on or about September 6, 2011. See Brief in Support of Kaiser Aircraft Industries, Inc.'s Motion to Dismiss Appeal as Moot [11 U.S.C. § 363(m)] ("Kaiser Motion to Dismiss"), In re Alabama Aircraft Industries, Inc., Civil Action No. 1:11-cv01003-JEI, D.I. 8, p. 13 (D. Del. Oct. 27, 2011).

Given the foregoing, please produce a copy of any agreements between (i) Kaiser and the litigation trustee and (ii) the litigation trustee and any other person or entity. In addition, please advise regarding the following: (a) whether Kaiser is entitled to a return of all or any portion of the $500,000; (b) whether the litigation trustee has spent any of the money; (c) the intended purpose of the money; and (d) the financial

Thomas E. Patterson, Esq.
November 8, 2011
Page 2

terms upon which the litigation trustee has retained counsel and any other person or entity -- i.e., the specific terms of (i) any contingency or hourly fee agreement and (ii) any retainer any of the foregoing has received.

Please provide the requested information or on before the close of business on November 10, 2011. We need for you to respond by that date because, as you know, our client's response to the Kaiser Motion to Dismiss is due on November 14, 2011. If you need more time to respond, we would be happy to extend such date, but would need a corresponding extension of Boeing's response deadline.

Very truly yours,

Robert M.D. Mercer

RMDM/dh

# EXHIBIT E



**Klee,
Tuchin,
Bogdanoff &
Stern
LLP**

1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, California 90067

voice: 310-407-4000
fax: 310-407-9090
www.ktbslaw.com

tpatterson@ktbslaw.com
Direct Dial: 310-407-4035

November 10, 2011

<u>Via Electronic Mail</u>

Robert M.D. Mercer, Esq.
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, GA 30309

Re:     *In re Alabama Aircraft Indus., Inc., et al.,*
        <u>U.S.D.C., D. Del., Case No. 1:11-cv-1003 (JEI)</u>

Dear Robert:

Kaiser Aircraft Industries, Inc. ("<u>Kaiser</u>") has the following response to your letter of November 8, 2011 sent on behalf of the Boeing Company ("<u>Boeing</u>").

Kaiser advanced funds to the Litigation Trust pursuant to the terms and conditions of the Litigation Trust Agreement (the "<u>Agreement</u>," an executed copy of which is enclosed herewith) to be used for any proper purpose permitted by that Agreement, including, without limitation, fees, costs and expenses that are incurred pursuant to section 2.4 of the Agreement. Kaiser anticipates that the funds will be utilized by the Litigation Trust in their entirety and accordingly does not expect to receive any of the advanced funds back.

We do not believe that the remaining questions posed by your letter are pertinent to Kaiser's Motion to Dismiss Appeal as Moot in the above-referenced appeal or otherwise are the subject of proper inquiry by Boeing, as a litigation adversary, and accordingly decline to answer them.

136093.2

Robert M.D. Mercer
November 10, 2011
Page 2

     Please feel free to call me if you have any further questions or comments
regarding this matter.

                                    Very truly yours,

                                    Thomas E. Patterson

TEP:ma

136093.2