IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ALABAMA AIRCRAFT INDUSTRIES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-10452 (PJW)<br><br>Jointly Administered |
| THE BOEING COMPANY,<br><br>Appellant,<br><br>v.<br><br>ALABAMA AIRCRAFT INDUSTRIES, INC. and<br>KAISER AIRCRAFT INDUSTRIES, INC.,<br><br>Appellees. | Civil Action No.:<br><br>1:11-cv-01003 (JEI) |

**[PROPOSED] ORDER DENYING KAISER AIRCRAFT INDUSTRIES, INC.'S MOTION TO DISMISS APPEAL AS MOOT [11 U.S. § 363 (m)]**

THIS CAUSE having come before the Court on *Kaiser Aircraft Industries, Inc.'s Motion to Dismiss Appeal as Moot [11 U.S.C. § 363(m)]* (the "Motion") and the Court having reviewed and considered the pleadings and the entire record in the case; it is accordingly,

ORDERED, ADJUDGED, and DECREED that the Motion is DENIED.

This _____ day of _____, 20___.

                                                                  _____
                                                                  THE HONORABLE JOSEPH E. IRENAS
                                                                  UNITED STATES DISTRICT JUDGE

i

6176971.3